1

ADAM WANG, Bar No. 201233                          **\*E-FILED 08-09-2010\***
ADAM PEDERSEN, Bar No. 261901

2

LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708

3

San Jose, CA 95113
Tel:  408-292-1040

4

Fax:   408-416-0248

5

Attorney for Plaintiffs
Ricardo Villanueva and Rogelio Topete

6

7

UNITED STATES FEDERAL COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

11

RICARDO VILLANUEVA AND ROGELIO          Case No.: CV10-02342 HRL

12

TOPETE,

13

            Plaintiffs,          STATUS REPORT AND REQUEST TO
CONTINUE CASE MANAGEMENT

14

      vs.          CONFERENCE & **\[PROPOSED\]** ORDER

15

AKKAYA, INC., RISTORANTE DON          **[Re:  Docket No. 6]**
GIOVANI , JOHN AKKAYA , AND DOES 1-

16

10

17

          Defendants

18

    Plaintiff requests that the Initial Case Management Conference be continued as follows:

19

    1.      This case was filed on May 27, 2010.

20

    2.      The Summons and other process papers were served on Defendants on June 9,

21

2010 (Docket No. 5).

22

    3.      Shortly after the service of summons, Defendants have contacted Plaintiffs'

23

counsel, unwilling to retain an attorney.

24

    4.      Only recently about one week ago did Plaintiffs' counsel have a conversation with

25

an attorney who claimed that he would represent the Defendants in this case.  After much

posturing asserting how this case lacks merits, he requested 15 days in which to respond to the

**REQUEST TO CONTINUE INITIAL CMC & ORDER**

Complaint.  However, as of this date, Plaintiffs have not received any confirming letter to that effect; and no responsive pleading has been field in this case.

5.      Plaintiffs therefore request that this Court continue the Initial Case Management Conference currently set for August 10, 2010 to August 31, 2010 by which Plaintiffs would be in position to seek default or to discuss the case intelligently.

Dated:  August 4, 2010                          By:     /s/Adam Wang
                                                        Adam Wang
                                                        Law Office of Adam Wang
                                                        Attorneys for Plaintiffs

_____
[PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Initial Case Management Conference be continued to August 31, 2010. **, 1:30 p.m.  A status report, or if appropriate, a Joint Case Management Statement shall be filed no later than August 24, 2010.**

IT IS SO ORDERED.
7
Dated:  August X, 2010                          By:  _____
                                                        Howard R. Lloyd
                                                        US Magistrate Judge

**REQUEST TO CONTINUE INITIAL CMC & ORDER**