*E-FILED 08-31-2010*

GREGORY J. ANTONE, ESQ.
LAW OFFICES OF GREGORY J. ANTONE
California Bar No. 060451
All Mail: Post Office Box 3739
Delivery Only: 210 San Mateo Road, Suite 204
Half Moon Bay, CA 94019-3739
650.619.6043 Fax: 650.284.2196

Attorneys For Defendants: Akkaya, Inc. dba Ristornate Don Giovanni and John Akkaya

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RICARDO VILLANUEVA and ROGELIO TOPETE,<br><br>Plaintiffs,<br><br>vs.<br><br>AKKAY, INC, dba RISTORANTE DON GIOVANNI, JOHN AKKAYA and DOES 1-10<br><br>Defendants. | CASE NO.   CIV 10 – 02342 HRL<br><br>SUBSTITUTION OF ATTORNEYS AND ORDER THEREON<br><br>[Re: Docket No. 10] |

TO THE COURT AND TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS:

Defendants, Akkaya, Inc, dba Ristorante Don Giovanni and John Akkaya, hereby formally substitute Mathew J. Jensen, Esq. as his/their attorney of record in the above captioned case, whose address and phones are:

Mathew J. Jensen, Esq.
Law Offices of Mathew J. Jensen
830 Stewart Drive, Suite 207
Sunnyvale, CA 94085

Telephone: 408.982.6288
Facsimile: 408.890.4792

I consent to this substitution:

Dated: August 27, 2010

_____
John Akkaya, individually
and as President, Akkaya, inc.

1. Villanueva v. Akkaya, Inc. CIV 10-02342 HRL - Substitution of Attorneys

1  I consent to this substitution:

2  Dated: August 26, 2010

   _____
   Gregory J. Antone, Esq.
3  Current counsel of record

4

5  I consent to and accept this substitution:

6  Dated: August ____, 2010
   _____
7  Matthew J. Jensen, Esq.
   New counsel of record

8

9  BASED ON THE ABOVE STIPULATION FOR SUBSTITUTION OF COUNSEL, AND

10 GOOD CAUSE HAVING BEEN SHOWN;

11 IT IS HEREBY ORDERED THAT:

12 The above stated Substitution of counsel is accepted by this Court and approved.

13 Date: August ____, 2010

14 _____
   Hon. Howard R. Lloyd, Magistrate Judge

2. Villanueva v. Akkaya, Inc. CIV 10-02342 HRL * Substitution of Attorneys

I consent to this substitution:

Dated: August 26, 2010

_____
Gregory J. Antone, Esq.
Current counsel of record

I consent to and accept this substitution:

Dated: August 27, 2010

_____
Matthew J. Jensen, Esq.
New counsel of record

BASED ON THE ABOVE STIPULATION FOR SUBSTITUTION OF COUNSEL, AND GOOD CAUSE HAVING BEEN SHOWN;

IT IS HEREBY ORDERED THAT:

The above stated Substitution of counsel is accepted by this Court and approved.

Date: August 31, 2010

_____
Hon. Howard R. Lloyd, Magistrate Judge