MATTHEW J. JENSEN [SBN: 238197]  
Law Office of Matthew J. Jensen  
830 Stewart Drive, Suite 207  
Sunnyvale, CA 94085  
Telephone: (408) 982-6288  

*E-FILED 09-27-2010*

Attorney for Defendants  
AKKAYA, INC. and JOHN AKKAYA

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICARDO VILLANUEVA and ROGELIO TOPETE,<br><br>Plaintiffs,<br><br>vs.<br><br>AKKAYA, INC. *dba* Ristorante Don Giovanni, JOHN AKKAYA, and DOES 1-10<br><br>Defendants. | Case No.: CIV 10 – 02342 HRL<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO OCTOBER 5, 2010**<br><br>[Re:   Docket No. 16] |

WHEREAS, there is a case management conference currently set for September 28, 2010 at 1:30 p.m.

WHEREAS, Defendants' recently retained attorney has a schedule conflict arising from a court appearance in Santa Cruz County that same day.

\\\

\\\

1

Stipulation and Order Continuing Case Management Conference;  
Case No. CIV 10 – 02342 HRL

1  IT IS HEREBY STIPULATED AND ORDERED THAT the parties' case management
2  conference shall be continued to October 5, 2010 at 1:30 p.m.

4  STIPULATED.

6  DATED: September 24, 2010          /s/ Matthew J. Jensen
7                                      Matthew J. Jensen
                                        Attorney for Defendants
8                                      Akkaya, Inc. and John Akkaya

10 DATED: September 24, 2010          /s/ Adam Wang
11                                      Adam Wang
                                        Attorney for Plaintiffs
12                                      Ricardo Villanueva and Rogelio Topete

21 GOOD CAUSE APPEARING, IT IS SO ORDERED.

24 DATED: September  27 , 2010
                                        _____
                                        Howard R. Lloyd
                                        United States Magistrate Judge

2

Stipulation and Order Continuing Case Management Conference;
Case No. CIV 10 – 02342 HRL