1

2                                    **\*E-FILED 05-18-2011\***

3

4

5

6

7                              NOT FOR CITATION

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11   RICARDO VILLANUEVA and ROGELIO           No. C10-02342 HRL
     TOPETE,
12                                            **ORDER GRANTING DEFENDANTS'**
              Plaintiffs,                     **MOTION FOR SUMMARY JUDGMENT**
13                                            **AS TO PLAINTIFF ROGELIO TOPETE**
     v.
14
     AKKAYA, INC., dba RISTORANTE DON         **[Re:  Docket No. 32]**
15   GIOVANNI, JOHN AKKAYA, DOES 1-10,

16              Defendant.
                                    /
17

18        Defendants move for summary judgment as to the sole remaining plaintiff, Rogelio

19   Topete.  The basis for the motion is that Topete failed to respond to their requests for

20   admission; and, by operation of Fed. R. Civ. P. 36, certain matters have been deemed admitted

21   and the admissions are fatal to Topete's claims.  FED. R. CIV. P. 36(a)(3); Jensen Decl., Ex. A.

22   Plaintiffs' counsel having advised that no opposition will be filed, defendants' motion for

23   summary judgment is granted.[1]  There being no viable claims remaining in this case, the clerk

24   shall enter judgment accordingly and close the file.

25        SO ORDERED.

26   Dated:    May 18, 2011
                                        _____
27                                      HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE
28

_____

[1]        At the motion hearing, plaintiffs' counsel agreed that Topete's claims are, in
any event, subject to dismissal for failure to prosecute.  See FED. R. CIV. P. 41.

United States District Court
For the Northern District of California

1  5:10-cv-02342-HRL Notice has been electronically mailed to:

2  Adam Wang      adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3  Adam Lee Pedersen     alpedersen@gmail.com

4  Matthew James Jensen     mjj@matthewjensenlaw.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not
   registered for e-filing under the court's CM/ECF program.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2